| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) JARVIS, JAMES H | 2. Court or Organization Eastern District of Tennessee | 3. Date of Report 5/6/04 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |

| 7. Chambers or Office Address 800 Market Street, Suite 140 Knoxville, TN 37902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 19 12 45 PM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JARVIS, JAMES H | 5/6/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Tennessee Consolidated Retirement System | 36045 |
| 2. | | Aetna Insurance Company — Deferred Income Account | 450 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JARVIS, JAMES H | 5/6/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 5/6/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UnimpProp (25%) Townsend, TN $137,800 | B | Rent | M | S | | | | | |
| 2. ImpProp in SC and UnimpProp in TN (50%) | C | Rent | P1 | T | | | | | |
| 3. Notes for balance on #2 (partial sale of TN property) | G | Distribution | P1 | Q | | | | | |
| 4. Bonds - Flagship Tennessee and Delaware | B | Interest | K | T | | | | | |
| 5. Stock - AT&T & Southwest Bell Telephone | B | Dividend | L | T | | | | | |
| 6. UnimpProp Monroe County, TN $247,500 | | None | M | S | | | | | |
| 7. ImpProp Happy Valley TN $29,500 | | None | K | S | | | | | |
| 8. Colonial Securities Fund | A | Dividend | J | T | | | | | |
| 9. Vodaphone Airtouch Stock | A | Dividend | J | T | | | | | |
| 10. Bell Atlantic Stock (including NYNEX Corp. and Verizon) | A | Dividend | J | T | | | | | |
| 11. Norfolk Southern Ry Stock | A | Dividend | J | T | | | | | |
| 12. SBC Communications Stock | B | Dividend | K | T | | | | | |
| 13. CBS Stock (including Viacom) | A | Dividend | J | T | | | | | |
| 14. BellSouth Stock | A | Dividend | J | T | | | | | |
| 15. Qwest Communications Stock | A | Dividend | J | T | | | | | |
| 16. Ameritec Stock | A | Dividend | J | T | | | | | |
| 17. Ford Motor Company Stock | A | Dividend | J | T | | | | | |
| 18. Lucent Stock (including Agere) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 5/6/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Wyeth Stock | A | Dividend | J | T | | | | | |
| 20. BBT Corporation Stock | A | Dividend | K | T | | | | | |
| 21. Ryan's Steakhouse Stock | A | Dividend | J | T | | | | | |
| 22. Clayton Homes Stock | A | Dividend | | | Sell | 7-14 | J | D | |
| 23. Citigroup Stock | A | Dividend | J | T | | | | | |
| 24. UnimpProp Rockford TN ($100,000) | | None | M | S | | | | | |
| 25. Avaya Stock | A | Dividend | J | T | | | | | |
| 26. Comcast Cable Stock | A | Dividend | J | T | | | | | |
| 27. ImpProp Walland, TN ($132,500) | D | Rent | M | S | | | | | |
| 28. EMC Corporation Stock | A | Dividend | K | T | | | | | |
| 29. Union Planters Bank Stock | A | Dividend | | | Sell | 12/15 | J | A | |
| 30. Certificate of Deposit - Union Planters Bank | A | Interest | K | T | | | | | |
| 31. Certificate of Deposit - BB&T Banking Corporation | A | Interest | K | T | | | | | |
| 32. Apex Municipal Fund, Inc. | B | Interest | K | T | | | | | |
| 33. Pimco Municipal Income Fund III | B | Interest | K | T | | | | | |
| 34. Scudder Municipal Fund Trust | A | Interest | | | Sell | 2/25 | K | A | |
| 35. Dreyfus Municipal Income Fund | A | Interest | | | Sell | 1/29 | K | B | |
| 36. Putnam Municipal Fund | A | Interest | | | Sell | 6/2 | K | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | JARVIS, JAMES H | 5/6/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Munivest Fund, Inc. | B | Interest | K | T | | | | | |
| 38. UBS PaineWebber Cash Fund | A | Interest | J | T | | | | | |
| 39. The Income Fund of America - Class A | C | Interest | L | T | | | | | |
| 40. Smith Barney Shearson Income Fund (X) | C | Interest | L | T | | | | | |
| 41. Liberty High Yield Securities Fund - A | A | Interest | J | T | | | | | |
| 42. Nuveen Municipal Bond Fund | B | Interest | L | T | | | | | |
| 43. Putnam Managed Municipal Income Fund | A | Interest | K | T | Buy | 2/25 | K | | |
| 44. Putnam Managed Municipal Income Fund | | | | | Sell | 6/03 | K | B | |
| 45. American Balanced Fund - Class C | A | Interest | K | T | Buy | 12/2 | J | | |
| 46. Coca Cola Enterprises | A | Dividend | K | T | Buy | 6/27 | K | | |
| 47. Coca Cola Enterprises | | | | | Sell | 12/11 | K | B | |
| 48. Pepsi Bottling | A | Dividend | K | T | Buy | 6/27 | K | | |
| 49. Pepsi Bottling | | | | | Sell | 12/12 | K | A_ | |
| 50. Hyperion Total Return & Income Fund, Inc. | A | Interest | K | T | Buy | 7/29 | K | | |
| 51. Hyperion Total Return & Income Fund, Inc. | | | | | Sell | 8/19 | K | B | |
| 52. National City Corporation | A | Dividend | K | T | Buy | 10/22 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JARVIS, JAMES H | 5/6/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JARVIS, JAMES H | 5/6/04 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature �

Date _May 10, 04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544